UNITED STATES DISTRICT COURT

WASHINGTON DC DISTRICT

NEW COLUMBIA

Jared S. Fogle,
James Nathan Fry,
Frank Edwin Pate,
**Plaintiffs**

vs.

Judge Tanya Walton-Pratt, et al.

Case: 1:18-cv-00697   **JURY DEMAND**
Assigned To : McFadden, Trevor N.
Assign. Date : 3/23/2018
Description: Pro Se Gen Civ. **(F-DECK)**

MOTION FOR INJUNCTIVE RELIEF PURSUANT TO RULE 65

**COMES NOW,** Plaintiffs, **FOGLE, FRY,** and **PATE,** does hereby request the relief as follows:

    pursuant to the Rule and in compliance with 65(d)(1);

    (A) the Plaintiffs are requesting continued email and telephone access to each other, during the pending proceedings, <u>for the purpose of continued legal representation(s), in Pro Se form</u>;

    (B) the Plaintiffs will need unfettered access by email and phone, <u>for the entire course of the legal proceedings</u>;

    (C) Restrain the BOP, from interfering with access to each Plaintiff party, one to the next, by email, phone, and fax; this injunction is required, for the purpose solely of Legal co-ordination and legal assitance for each of the Plaintiff parties, as they are appearing in Pro Se.

### RIGHT TO REQUEST RELIEF AGAINST UNNAMED PARTY

**Accordingly,** pursuant to Rule 65(d)(2)(A) or (B) and (C):

    specifically, subsection (C) states in toto:

    "other persons who are in active concert or participation with anyone described in Rule 65(a)(2)(A) or (B);"

**RECEIVED**
MAR 2 3 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

As such, the Federal Bureau of Prisons, is actively maintaing the illicit custody of the Plaintiffs, and has a history of interfering and impeding the continued communications between inmates when collective lawsuits commence; therefor, Plaintiffs are asking this court, GRANT injunctive relief, in order to prevent such conduct from the Federal Bureau of Prisons.

## RELIEF REQUESTED

**PLAINTIFFS**, RESPECTFULLY Request this court, **GRANT** this requested relief and issue an Order of Injunctive Relief against agents for the Bureau of Prisons, from impeding direct communications by the Plaintiff parties, in regards to their legal issues before this court. Specifically allowing emails and telephone calls to discuss matters under litigation.

Submitted this 15th day of March 2018

*[signature]*
Jared S. Fogle

*[signature]*
James Nathan Fry

*[signature]*
Frank Edwin Pate