UNITED STATES DISTRICT COURT
District of Columbia

Jared S. Fogle
James Nathan Fry,
Frank Edwin Pate
**Plaintiff**

vs.

Attorney General of the United
States of America, et.al.

Case No's:  18-CV-00697-TNM
            18-CV-00698-UNA
            18-CV-00699-UNA

### MOTION TO TAKE JUDICIAL NOTICE

Pursuant to, Rule 201 of Fed.R. Evidence, the related above cases, do hereby singly and collectively, motion to this court the following facts, as adjudicated from the records of each respective underlying criminal case:

1) **United States of America v. Jared S. Fogle, 15-cr-0159-TWP-MJD**

**Judicially noted Fact:**   The United States failed to allege or evidence any "injury-in-fact" as is required pursuant to Article III, Section 2.

2) **United States of America v. James Nathan Fry, 11-cr-141-PAM-SER**

**Judicially noted Fact:**   The United States failed to allege or evidence any "injury-in-fact" as is required pursuant to Article III, Section 2.

3) **United States of America v. Frank Edwin Pate, 14-cr-0125-ALM-1**

**Judicially noted Fact:**   The United States failed to allege or evidence any "injury-in-fact" as is required pursuant to Article III, Section 2.

### RELIEF REQUESTED

**MOVANTS** hereby move each court, to issue a Judicial Notice, declaring the aforementioned as, adjudicative facts, for the records of these related cases.

Submitted this 30th day of March 2018,

*Jared S. Fogle*

RECEIVED
Mail Room
APR 10 2018
D. Caesar, Clerk of Court
District of Columbia

*[signature]*
James Nathan Fry

*[signature]*
Frank Edwin Pate

**All Parties Pro Se.**


**James Fry**
**Jared Fogle**
9595 West Quincy Ave.
Littleton, CO 80123


**Frank Edwin Pate**
Maxwell Airforce Base
Montgomery, AL   36112