AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

JARED S. FOGLE

*Plaintiff(s)*

v.

TANYA WALTON-PRATT et al

*Defendant(s)*

Civil Action No. 18-CV-00697-TNM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tanya Walton-Pratt
46 East Ohio Street, Rm. 105
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared S. Fogle
9595 West Quincy Ave.
Littleton, CO 80123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 1 3 2018

*Signature of Clerk or Deputy Clerk*

(1)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| JARED S. FOGLE </br></br> *Plaintiff(s)* </br> v. </br></br> TANYA WALTON-PRATT et al </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 18-CV-00697-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Judge Joel M. Flaum
219 S. Dearborn St. Rm 2722
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared S. Fogle
9595 West Quincy Ave.
Littleton, CO 80123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 13 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JARED S. FOGLE <br><br> *Plaintiff(s)* <br> v. <br> TANYA WALTON-PRATT et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-CV-00697-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Judge Daniel A. Manion
219 S. Dearborn St. Rm 2722
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared S. Fogle
9595 West Quincy Ave.
Littleton, CO 80123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 1 3 2018

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

JARED S. FOGLE

*Plaintiff(s)*

v.

TANYA WALTON-PRATT et al

*Defendant(s)*

Civil Action No. 18-CV-00697-TNM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Judge Jorge L. Alonso
219 S. Dearborn St Rm 2722
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared S. Fogle
9595 West Quincy Ave.
Littleton, CO 80123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 1 3 2018

*Signature of Clerk or Deputy Clerk*

(1)
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| **JARED S. FOGLE** <br><br> *Plaintiff(s)* <br> v. <br><br> **TANYA WALTON-PRATT et al** <br><br> *Defendant(s)* | Civil Action No. 18-CV-00697-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AUSA Steven D. DeBrota
10 W. Market St #2100
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared S. Fogle
9595 West Quincy Ave.
Littleton, CO 80123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **APR 1 3 2018**                                                       _____
                                                                             Signature of Clerk or Deputy Clerk

(1)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| JARED S. FOGLE <br><br> *Plaintiff(s)* <br><br> v. <br><br> TANYA WALTON-PRATT et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18-CV-00697-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jeremy Margolis
321 N. Clark St. #2300
Chicago, IL 60654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared S. Fogle
9595 West Quincy Ave.
Littleton, CO 80123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **APR 1 3 2018**   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JARED S. FOGLE <br><br> *Plaintiff(s)* <br> v. <br> TANYA WALTON-PRATT et al <br><br> *Defendant(s)* | Civil Action No. 18-CV-00697-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Andrew DeVooght
321 N. Clark St. #2300
Chicago, IL 60654

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared S. Fogle
9595 West Quincy Ave.
Littleton, CO 80123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 1 3 2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT of COLUMBIA

| | |
|---|---|
| JARED S. FOGLE | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 18-CV-00697-TNM |
| TANYA WALTON-PRATT et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      **United States Attorney General**
      **950 Pennsylvania Ave. NW**
      **Washington DC 20534**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Jared S. Fogle
      **9595 West Quincy Ave.**
      **Littleton, CO 80123**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **APR 1 3 2018**    _____
                                  *Signature of Clerk or Deputy Clerk*